**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD NEWCOMER,<br><br>                          Plaintiff,<br><br>            v.<br><br>DEB HAALAND, Secretary of<br>U.S. Department of Interior, *et al.*,<br><br><br>                          Defendants. | Case No. CV 21-7369 DMG (MRWx)<br><br><br>**JUDGMENT** |

On December 8, 2022, this Court having granted Defendant's motion to dismiss with prejudice, IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants Deb Haaland, *et al.*, and against Plaintiff Edward Newcomer.

**IT IS SO ORDERED.**

DATED:  December 8, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-